# THE PARKER LAW GROUP P.C.

28 VALLEY ROAD
MONTCLAIR, NEW JERSEY 07042
PHONE: 347-292-9042
ghp@parkerlawusa.com

May 22, 2026

Via ECF
The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York

> **Re:**    *Stason Sutton v. 22 Little West 12th Street Partners LLC and Little West 12th LLC*
>
> **Docket No. 1:25-cv-08014 (JHR) (HJR)**

Dear Judge Rearden:

We represent the plaintiff in the above-entitled action.  On behalf of all the appearing parties, we write to respectfully ask the Court to extend the deadline for the right to reopen the action to and until June 12, 2026.  The reason for this request is because defendant Little West 12th LLC requires the additional time to execute the settlement agreement and fulfill the condition precedent for filing the stipulation of dismissal.  Thank you for your time and attention to this matter.  With kindest regards, I am

very truly yours,

Glen H. Parker, Esq.

Application GRANTED.  The deadline to reopen the case is extended to **June 12, 2026**.

The Clerk of Court is directed to terminate ECF No. 23.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: May 22, 2026